613 A.2d 1204

**Charles E. BEECH, Appellant,**

v.

**RAGNAR BENSON, INC.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1992.

Decided Oct. 14, 1992.

Louis R. Salamon, Salamon & Lang, Poughkeepsie, Errol S. Miller, Pittsburgh, for appellant.

Roger C. Wiegand, Reed, Smith, Shaw & McClay, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.

ZAPPALA and CAPPY, JJ., dissent and would address the merits of the case.